1  McGREGOR W. SCOTT
   United States Attorney
2  TIMOTHY H. DELGADO
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile:  (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

**FILED**

FEB 15 2018

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
           DEPUTY CLERK

8            IN THE UNITED STATES DISTRICT COURT

9            EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,              | CASE NO. 2:18-CR-00024-GEB

12 |                          Plaintiff,    | VIOLATIONS: 18 U.S.C. §§ 371 and 922(a)(1)(A) –
   |                                        | Conspiracy to Deal Firearms Without a License; 18
13 |              v.                        | U.S.C. §§ 922(a)(1)(A) and 2 – Dealing Firearms
   |                                        | Without a License (5 counts); 26 U.S.C. § 5861(d) –
14 | DONTE ROBINS,                          | Possession of an Unregistered Short-Barreled Rifle; 26
   | ISAIAH BURKS,                          | U.S.C. § 5861(d) – Possession of an Unregistered
15 | RAYSHAWN WRAY, and                     | Silencer; 26 U.S.C. § 5861(i) – Possession of an
   | JOSHUA MARKANSON,                      | Unserialized Firearm; 18 U.S.C. § 924(d)(1), 26 U.S.C.
16 |                                        | § 5872, 28 U.S.C. § 2461(c) and 49 U.S.C. § 80303 –
   |                          Defendants.   | Criminal Forfeiture
17

18

19            S U P E R S E D I N G   I N D I C T M E N T

20 COUNT ONE:  [18 U.S.C. §§ 371, 922(a)(1)(A) – Conspiracy to Deal Firearms Without a License]

21    The Grand Jury charges:  T H A T

22                         DONTE ROBINS,
                           ISAIAH BURKS,
23                       RAYSHAWN WRAY, and
                         JOSHUA MARKANSON
24

25 defendants herein, beginning at a date unknown but no later than November 13, 2017, and continuing to

26 on or about December 14, 2017, in Sacramento and San Joaquin Counties, State and Eastern District of

27 California, and elsewhere, did conspire and agree with each other and with persons unknown to the Grand

28 Jury, to willfully engage in the business of dealing in firearms without a license, in violation of Title 18,

United States Code, Section 922(a)(1)(A).

In furtherance of the conspiracy and to effect the objects of the conspiracy, the following overt acts, among others, were committed in the State and Eastern District of California and elsewhere:

1) On November 13, 2017, DONTE ROBINS sold two Glock-type pistols to an undercover U.S. Alcohol, Tobacco, Firearms and Explosives ("ATF") agent;

2) On November 17, 2017, DONTE ROBINS and RAYSHAWN WRAY sold an undercover ATF agent five Glock-type pistols, two Colt 1911-type pistols, three AR-15-type pistols, one Century Arms TP9SF Elite pistol (S/N: T6472-17-BH-05874), and one ballistic vest;

3) On November 20, 2017, DONTE ROBINS and ISAIAH BURKS sold an undercover ATF agent three Glock-type pistols;

4) On November 27, 2017, DONTE ROBINS sold two AR-15-type rifles, four AR-15-type pistols, four Glock-type pistols, and two 1911-type pistols, to a confidential source; and

5) On December 7, 2017, DONTE ROBINS and ISAIAH BURKS sold an undercover ATF agent six AR-15-type short-barreled rifles, one AR-15-type rifle, three Glock-type pistols, three 1911-type pistols, and six silencers,

all in violation of Title 18, United States Code, Section 371.

COUNTS TWO through SIX:  [18 U.S.C. §§ 922(a)(1)(A), 2 – Dealing Firearms Without a License]

The Grand Jury further charges: T H A T

DONTE ROBINS and
ISAIAH BURKS,

defendants herein, on or about the dates listed below, in Sacramento and San Joaquin Counties, State and Eastern District of California, without having received a license to engage in the business of dealing in firearms, as required by Title 18, United States Code, Section 923, did willfully engage in the business of dealing in firearms, in that the defendants sold to an undercover ATF agent the firearms described below:

/ / /

/ / /

SUPERSEDING INDICTMENT

2

| Count | Date | Defendant(s) | Firearm Description (Quantity) | Serial Number |
|---|---|---|---|---|
| 2 | November 13, 2017 | DONTE ROBINS | Glock-type pistols (2) | No Serial #s |
| 3 | November 15, 2017 | DONTE ROBINS | Glock Model 21 Gen4 pistol | VBM765 |
| 4 | November 20, 2017 | DONTE ROBINS ISAIAH BURKS | Glock-type pistols (3) | No Serial #s |
| 5 | November 27, 2017 | DONTE ROBINS | AR-15-type rifles (2) AR-15-type pistols (4) Glock-type pistols (4) 1911-type pistols (2) | No Serial #s No Serial #s No Serial #s No Serial #s |
| 6 | December 7, 2017 | DONTE ROBINS ISAIAH BURKS | AR-15-type short-barreled rifles (6) AR-15-type rifle (1) Glock-type pistols (3) 1911-type pistols (3) Silencers (6) | No Serial #s No Serial # No Serial #s No Serial #s No Serial #s |

all in violation of Title 18, United States Code, Sections 922(a)(1)(A) and 2.

COUNT SEVEN:  [26 U.S.C. § 5861(d) – Possession of an Unregistered Short-Barreled Rifle]

The Grand Jury further charges: T H A T

DONTE ROBINS and
ISAIAH BURKS,

defendants herein, on or about December 7, 2017, in Sacramento County, State and Eastern District of California, did knowingly possess a firearm as defined in Title 26, United States Code, Section 5845(a), to wit, six AR-15-type short-barreled rifles, each with a barrel length of less than 16 inches and an overall length of less than 26 inches, which were not registered to the defendants in the National Firearms Registration and Transfer Record, all in violation of Title 26, United States Code, Section 5861(d).

COUNT EIGHT:  [26 U.S.C. § 5861(d) – Possession of an Unregistered Silencer]

The Grand Jury further charges: T H A T

DONTE ROBINS, and
ISAIAH BURKS,

defendants herein, on or about December 7, 2017, in Sacramento County, State and Eastern District of

1    California, did knowingly possess a firearm as defined in Title 26, United States Code, Section 5845(a),

2    to wit, six silencers, as further defined in Title 18, United States Code, Section 921(a)(24), which were

3    not registered to the defendants in the National Firearms Registration and Transfer Record, all in violation

4    of Title 26, United States Code, Section 5861(d).

5    <u>COUNT NINE</u>: [26 U.S.C. § 5861(i) – Possession of an Unserialized Firearm]

6       The Grand Jury further charges: T H A T

7
                               DONTE ROBINS, and

8                                 ISAIAH BURKS,

9    defendants herein, on or about December 7, 2017, in Sacramento County, State and Eastern District of

10    California, did knowingly possess a firearm as defined in Title 26, United States Code, Section 5845(a),

11    to wit, six AR-15-style short-barreled rifles and six silencers, none of which were identified by serial

12    numbers as required by Chapter 53 of Title 26, all in violation of Title 26, United States Code, Section

13    5861(i).

14    <u>FORFEITURE ALLEGATION</u>: [18 U.S.C. § 924(d)(1), 26 U.S.C. § 5872, 28 U.S.C. § 2461(c), and 49

15                            U.S.C. § 80303 – Criminal Forfeiture]

16       1.      Upon conviction of one or more of the offenses alleged in Counts One through Six of this

17    Superseding Indictment, defendants DONTE ROBINS, ISAIAH BURKS, RAYSHAWN WRAY, and

18    JOSHUA MARKANSON shall forfeit to the United States pursuant to Title 18, United States Code,

19    Section 924(d)(1), and Title 28, United States Code, Section 2461(c), any firearms and ammunition

20    involved in or used in the knowing or willful commission of the offenses.

21       2.      Upon conviction of one or more of the offenses alleged in Counts Seven through Nine of

22    this Superseding Indictment, defendants DONTE ROBINS and ISAIAH BURKS shall forfeit to the

23    United States pursuant to Title 26, United States Code, Section 5872; Title 28, United States Code,

24    Section 2461(c); and Title 49, United States Code, Section 80303, any firearm involved in the

25    commission of the offenses; any property used, or intended to be used in the commission of the offenses;

26    and any aircraft, vehicle, or vessel involved in the commission of the offenses.

27       3.      If any property subject to forfeiture, as a result of the offense alleged in Counts One through

28    Nine of this Superseding Indictment, for which the defendants are convicted:

1        a.     cannot be located upon the exercise of due diligence;

2        b.     has been transferred or sold to, or deposited with, a third party;

3        c.     has been placed beyond the jurisdiction of the Court;

4        d.     has been substantially diminished in value; or

5        e.     has been commingled with other property which cannot be divided without

6              difficulty;

7 it is the intent of the United States, pursuant to Title 28, United States Code, Section 2461(c),

8 incorporated by Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of

9 the defendants, up to the value of the property subject to forfeiture.

10                   A TRUE BILL.

11                   **/s/ Signature on file w/AUSA**

12

13

14 McGREGOR W. SCOTT                   FOREPERSON

15 United States Attorney

16

17

18

19

20

21

22

23

24

25

26

27

28

SUPERSEDING INDICTMENT

5

No. _ _ _ _ _ _ _ _ _ _

# UNITED STATES DISTRICT COURT

*Eastern District of California*

*Criminal Division*

## THE UNITED STATES OF AMERICA
*vs.*

DONTE ROBINS
ISAIAH BURKS
RAYSHAWN WRAY
JOSHUA MARKANSON

## S U P E R S E D I N G   I N D I C T M E N T

**VIOLATION(S):**  18 U.S.C. §§ 371 and 922(a)(1)(A) – Conspiracy to Deal Firearms Without a License; 18 U.S.C. §§ 922(a)(1)(A) and 2 – Dealing Firearms Without a License (5 Counts); 26 U.S.C. § 5861(d) – Possession of an Unregistered Short-Barreled Rifle; 26 U.S.C. § 5861(d) – Possession of an Unregistered Silencer; 26 U.S.C. §5861(i) – Possession of an Unserialized Firearm; 18 U.S.C. § 924(d)(1), 26 U.S.C. § 5872, 28 U.S.C. § 2461(c) and 49 U.S.C. § 80303 – Criminal Forfeiture

*A true bill,*

**/s/ Signature on file w/AUSA**

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _
*Foreman.*

*Filed in open court this* _ _ _ 15 _ _ _ _ _ _ *day*

*of* FEBRUARY _ _ _ , *A.D. 20* 18

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _
*Clerk.*

*Bail,* $ _ _ _ _ _ _ _ _ ~~**NO BAIL WARRANT**~~ *for defendants Burks, Wray and Markanson.*

~~**NO PROCESS NECESSARY**~~ — *as to Robins.*

GPO 863 525

<u>**United States v. Donte Robins, et al.**</u>
**Penalties for Indictment**

**DEFENDANT(S):**   **1) Donte Robins**
**2) Isaiah Burks**
**3) Rayshawn Wray**
**4) Joshua Markanson**

<u>**COUNT ONE:**</u>   **[All defendants]**

VIOLATION:   18 U.S.C. §§ 371 and 922(a)(1)(A) – Conspiracy to deal firearms without a license.

PENALTIES:   -- A term of imprisonment for up to 5 years,
-- A fine of up to $250,000, or both fine and imprisonment,
-- A term of supervised release for up to 3 years.

SPECIAL ASSESSMENT: $100 (mandatory on each count)

<u>**COUNTS TWO**</u>
<u>**through SIX:**</u>   **[Robins and Burks]**

VIOLATION:   18 U.S.C. §§ 922(a)(1)(A) and 2 – Dealing firearms without a license; aiding and abetting.

PENALTIES:   -- A term of imprisonment for up to 5 years,
-- A fine of up to $250,000, or both fine and imprisonment,
-- A term of supervised release for up to 3 years.

SPECIAL ASSESSMENT: $100 (mandatory on each count)

<u>**COUNT SEVEN:**</u>   **[Robins and Burks]**

VIOLATION:   26 U.S.C. § 5861(d) – Possession of an unregistered short-barreled rifle.

PENALTIES:   -- A term of imprisonment for up to 10 years,
-- A fine of up to $10,000, or both fine and imprisonment;
-- A term of supervised release for up to 3 years.

SPECIAL ASSESSMENT: $100 (mandatory on each count)

1

**COUNT EIGHT:**     **[Robins and Burks]**

VIOLATION:    26 U.S.C. § 5861(d) – Possession of an unregistered silencer.

PENALTIES:    -- A term of imprisonment for up to 10 years,
    -- A fine of up to $10,000, or both fine and imprisonment;
    -- A term of supervised release for up to 3 years.

SPECIAL ASSESSMENT: $100 (mandatory on each count)

**COUNT NINE:**     **[Robins and Burks]**

VIOLATION:    26 U.S.C. § 5861(i) – Possession of an unserialized firearm.

PENALTIES:    -- A term of imprisonment for up to 10 years,
    -- A fine of up to $10,000, or both fine and imprisonment;
    -- A term of supervised release for up to 3 years.

SPECIAL ASSESSMENT: $100 (mandatory on each count)

**FORFEITURE ALLEGATION:**

VIOLATION:    18 U.S.C. § 924(d)(1), 26 U.S.C. § 5872, 28 U.S.C. § 2461(c), and 49 U.S.C. § 80303 – Criminal Forfeiture

PENALTIES:    As stated in the charging document

2