1  McGREGOR W. SCOTT
   United States Attorney
2  TIMOTHY H. DELGADO
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5
6  Attorneys for Plaintiff
   United States of America
7
8             IN THE UNITED STATES DISTRICT COURT
9                EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:18-CR-0024-GEB |
|---|---|
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE |
| v. | Date: August 24, 2018 |
| DONTE ROBINS, ISAIAH BURKS, RAYSHAWN WRAY, and JOSHUA MARKANSON, | Time: 9:00 a.m. Judge: Hon. Garland E. Burrell, Jr. |
| Defendants. | |

The United States of America, through its undersigned counsel, and defendants Joshua Markanson and Isaiah Burks, through their respective counsel, stipulate that the status conference set for August 24, 2018, be continued to November 2, 2018, at 9:00 a.m.[1]

In March 2018, Mr. Robins and Mr. Markanson were arraigned on the nine-count Superseding Indictment. (ECF Nos. 15, 21, 22.) Mr. Burks was arraigned separately, in May 2018.[2] (ECF No. 37.) The government had produced to defense counsel the discovery relevant to this case. This includes 139 pages of written materials and roughly 130 photos, as well as fifteen compact disks containing dozens of audio and video files. Defense counsel each require additional time to review these materials, to confer

---

[1] Co-defendant Donte Robins will appear for the August 24, 2018 status hearing as scheduled.

[2] Co-defendant Rayshawn Wray has not been located at this time, and has not appeared for any court proceedings.

STIPULATION AND [PROPOSED] ORDER TO CONTINUE    1
STATUS CONFERENCE

with their clients, to conduct further research and investigation about the charged offenses and potential defenses, and to otherwise prepare for trial.

Based on the foregoing, Mr. Markanson and Mr. Burks (through counsel) stipulate that the status conference set for August 24, 2018, be continued to November 2, 2018, at 9:00 a.m.  The parties further agree that time under the Speedy Trial Act should be excluded from the date the parties stipulated, up to and including November 2, 2018, under 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) [reasonable time to prepare], and General Order 479 [Local Code T4], based on continuity of counsel and defense preparation.

The parties agree that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The parties also agree that the ends of justice served by the Court granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial.

Respectfully submitted,

Dated:  August 23, 2018           */s/ Timothy H. Delgado*
                                  TIMOTHY H. DELGADO
                                  Assistant United States Attorney
                                  Attorneys for Plaintiff United States

Dated:  August 23, 2018           */s/ THD for Etan Zaitsu*
                                  ETAN ZAITSU
                                  Attorney for Defendant Joshua Markanson

Dated:  August 23, 2018           */s/ THD for Philip Cozens*
                                  PHILIP COZENS
                                  Attorney for Defendant Isaiah Burks

ORDER

The Court, having received and considered the parties' stipulation, and good cause appearing therefore, adopts the parties' stipulation in its entirety as its order. The Court specifically finds that the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court also finds that the ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial.

The Court orders that the time from the date the parties stipulated, up to and including November 2, 2018, shall be excluded from computation of time within which the trial in this case must begin under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) [reasonable time to prepare], and General Order 479 [Local Code T4]. It is further ordered that the August 24, 2018 status conference be continued until November 2, 2018, at 9:00 a.m.

Dated: August 23, 2018

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge