Etan Zaitsu [SBN 287106]
Attorney at Law

*Zaitsu Law*
331 J Street, Suite 200
Sacramento, CA  95814
916.542.0270

Attorney for Defendant
JOSHUA MARKANSON

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>         v.<br><br>ISAIAH BURKS AND<br>JOSHUA MARKANSON,<br><br>                              Defendants. | Case No.: 2:18-CR-00024 TLN<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE**<br><br>DATE: March 19, 2020<br>TIME:  9:30 a.m.<br>COURT: Hon. Troy L. Nunley |

    Defendants Joshua Markanson and Isaiah Burks through their counsel of record, and the United States of America, through its undersigned counsel, stipulate that the status conference currently set for March 19, 2020 be continued to June 18, at 9:30 a.m.

    In March 2018, Mr. Markanson was arraigned on the nine-count Superseding Indictment. (ECF Nos. 15, 21, 22.) Mr. Burks was arraigned separately, in May 2018. (ECF Nos. 37.) The government has produced discovery to defense counsel that includes 139 pages of written materials and roughly 130 photos, as well as fifteen compact disks containing dozens of audio and video files. Additional discovery has been requested.

    This case was also recently reassigned to a different Assistant U.S. Attorney.

STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE

Based on the foregoing, the parties agree and stipulate that the status conference currently set for March 19, 2020, be continued to June 18, 2020 at 9:30 a.m. The parties further agree that time under the Speedy Trial Act should be excluded from the date the parties stipulated, up to and including June 18, 2020, under 18 U.S.C. § 3161(h)(7)(A) and (B)(iv)[reasonable time to prepare], and General Order 479 [Local Code T4], based on defense preparation.

The parties agree that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, and to discuss, plan and negotiate current and future discovery issues with the government, taking into account the exercise of due diligence. The parties also agree that the ends of justice served by the Court granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial.

Respectfully submitted,

Dated: March 16, 2020  /s/ Etan Zaitsu
ETAN ZAITSU
Attorney for Defendant Joshua Markanson

Dated: March 16, 2020  /s/ Philip Cozens
PHILLIP COZENS
Attorney for Defendant Isaiah Burks

Dated: March 16, 2020  /s/ Justin Lee
JUSTIN LEE
Assistant United States Attorney
Attorney for Plaintiff United States

STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE

ORDER

The Court, having received and considered the parties' stipulation, and good cause appearing therefore, adopts the parties' stipulation in its entirety as its order. The Court specifically finds that the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court also finds that the ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial.

The Court orders that the time from the date the parties stipulated, up to and including June 18, 2020, shall be excluded from computation of time within which the trial in this case must begin under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) [reasonable time to prepare], and General Order 479 [Local Code T4]. It is further ordered that the March 19, 2020 status conference be continued until June 18, 2020, at 9:30 a.m.

Dated:  March 16, 2020

Troy L. Nunley
United States District Judge