PHILLIP A. TALBERT
United States Attorney
JUSTIN L. LEE
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:18-CR-0024-TLN |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| v. | Date:  March 24, 2022 |
| ISAIAH BURKS, and JOSHUA MARKANSON, | Time:  9:30 a.m.<br>Judge: Hon. Troy L. Nunley |
| Defendants. | |

   The United States of America, through its undersigned counsel, and defendants Isaiah Burks and Joshua Markanson, through their counsel of record, stipulate that the status conference currently set for March 24, 2022, be continued to March 31, 2022, at 9:30 a.m.  This is matter is currently set for a motion hearing on defendant Markanson's appeal of the Magistrate Judge's discovery order (ECF 207, 208, 209).  The parties jointly request to consolidate the matters on one date.

   Based on the foregoing, defendants Burks and Markanson (through counsel) stipulate that the status conference set for March 24, 2022, be continued to March 31, 2022, at 9:300 a.m.  The parties further agree that time under the Speedy Trial Act should be excluded from the date the parties stipulated, to and including March 31, 2022, under 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) [reasonable time to prepare], and General Order 479 [Local Code T4], based on continuity of counsel and defense preparation.

The parties agree that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The parties also agree that the ends of justice served by the Court granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial.

Respectfully submitted,

Dated: March 22, 2022

 */s/ Justin L. Lee*
JUSTIN L. LEE
Assistant United States Attorney
*Attorney for Plaintiff United States*

Dated: March 22, 2022

 */s/ JLL for Philip Cozens*
PHILIP COZENS
Law Office of Philip Cozens
*Attorney for Defendant Isaiah Burks*

Dated: March 22, 2022

 */s/ JLL for Etan Zaitsu*
ETAN ZAITSU
Zaitsu Law
*Attorney for Defendant Joshua Markanson*

## ORDER

The Court, having received and considered the parties' stipulation, and good cause appearing therefore, adopts the parties' stipulation in its entirety as its order. The Court specifically finds that the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court also finds that the ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial.

The Court orders that the time from the date the parties stipulated, to and including March 31, 2022, shall be excluded from computation of time within which the trial in this case must begin under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) [reasonable time to prepare], and General Order 479 [Local Code T4]. It is further ordered that the March 24, 2022 status conference be continued until March 31, 2022, at 9:30 a.m.

Dated:  March 22, 2022

Troy L. Nunley
United States District Judge