PHILLIP A. TALBERT
United States Attorney
CAMERON L. DESMOND
JUSTIN L. LEE
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

**FILED**
Nov 03, 2022
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JOSHUA MARKANSON, <br><br> Defendant. | CASE NO. 2:18-CR-00024-TLN <br><br> 18 U.S.C. §§ 371, 922(a)(1)(A) – Conspiracy to Unlawfully Manufacture and Deal Firearms; 18 U.S.C. § 922(a)(1)(A) – Unlawful Manufacturing and Dealing in Firearms; 26 U.S.C. § 5861(a) – Engaging in Business as a Manufacturer and Dealer in Firearms without Registration and Paying Tax; 26 U.S.C. § 5861(d) – Possession of an Unregistered Firearm (12 counts); 26 U.S.C. § 5861(i) – Possession of an Unserialized Firearm (12 counts); 18 U.S.C. § 924(d)(1); 26 U.S.C. § 5872; 28 U.S.C. § 2461(c); and 49 U.S.C. § 80303 – Criminal Forfeiture |

S E C O N D   S U P E R S E D I N G   I N D I C T M E N T

COUNT ONE: [18 U.S.C. §§ 371, 922(a)(1)(A) – Conspiracy to Unlawfully Manufacture and Deal Firearms]

The Grand Jury charges: T H A T

JOSHUA MARKANSON,

defendant herein, beginning on an unknown date, but no later than on or about November 13, 2017, and continuing through on or about December 14, 2017, in Sacramento County, State and Eastern District of California, and elsewhere, did conspire with other persons known and unknown to the Grand Jury, to willfully engage in the business of manufacturing and dealing firearms without a license, in violation of 18 U.S.C. § 922(a)(1)(A). In furtherance of the conspiracy and to effect the objects of the conspiracy,

INDICTMENT                                        1

the following over acts, among other were committed in the Eastern District of California and elsewhere:

1. On November 13, 2017, DONTE ROBINS, charged elsewhere, sold two unserialized Glock-style privately made firearms ("PMF") to a Special Agent employed by the Bureau of Alcohol, Tobacco, Firearms and Explosive ("ATF") who was acting in an undercover capacity.
2. On November 15, 2017, DONTE ROBINS met with the undercover ATF Special Agent and arranged to sell firearms and a ballistic vest to the ATF Special Agent in exchange for $13,000.
3. Between on or about November 13, 2017, and on or about November 17, 2017, JOSHUA MARKANSON manufactured nine PMF, including four unserialized Glock-style pistols, two unserialized 1911-style pistols, and three unserialized AR-15-style pistols.
4. On November 17, 2017, DONTE ROBINS and RAYSHAWN WRAY, charged elsewhere, sold nine unserialized PMF, one ballistic vest, and one commercially-manufactured pistol to the undercover ATF Special Agent in exchange for $13,000 in cash.
5. Between on or about November 17, 2017, and on or about November 20, 2017, JOSHUA MARKANSON manufactured three unserialized Glock-style PMF.
6. On November 20, 2017, DONTE ROBINS sold three unserialized Glock-style PMF to the undercover ATF Special Agent.
7. Between on or about November 20, 2017, and on or about November 27, 2017, JOSHUA MARKANSON manufactured twelve PMF, including six unserialized AR-15-style rifles, four unserialized Glock-style pistols, and two unserialized 1911-style pistols.
8. On November 27, 2017, DONTE ROBINS sold twelve unserialized PMF to a confidential informant working for ATF.
9. Between on or about November 13, 2017, and on or about December 7, 2017, JOSHUA MARKANSON manufactured thirteen PMF, including six unserialized AR-15-style short-barrel rifles, three unserialized Glock-style pistols, three unserialized 1911-style pistols, and one unserialized AR-15-style rifle.

10. Between on or about November 27, 2017, and on or about December 7, 2017, JOSHUA MARKANSON manufactured six silencers.

11. On December 7, 2017, DONTE ROBINS sold thirteen PMF and six silencers to the undercover ATF Special Agent.

12. On December 7, 2017, the undercover ATF Special Agent arranged to purchase twenty unserialized AR-15-style short-barrel rifles from DONTE ROBINS.

13. Between December 7, 2017, and December 14, 2017, JOSHUA MARKANSON, began assembling twenty AR-15-style short-barrel rifles.

All in violation of Title 18, United States Code Section 371.

COUNT TWO: [18 U.S.C. § 922(a)(1)(A) – Unlawful Manufacturing and Dealing in Firearms]

The Grand Jury further charges: T H A T

JOSHUA MARKANSON,

defendant herein, between on or about November 13, 2017, and on or about December 14, 2017, in Sacramento County, State and Eastern District of California, and elsewhere, not being a licensed dealer and manufacturer of firearms, as described in Title 18, United States Code, Section 923, did willfully engage in the business of dealing and manufacturing in firearms, all in violation of Title 18, United States Code, Section 922(a)(1)(A).

COUNT THREE: [26 U.S.C. § 5861(a) – Engaging in Business as a Manufacturer and Dealer in Firearms without Registration and Paying Taxes]

The Grand Jury further charges: T H A T

JOSHUA MARKANSON,

defendant herein, between on or about November 13, 2017, and on or about December 14, 2017, in Sacramento County, State and Eastern District of California, and elsewhere, without having paid the special (occupational) tax required by Title 26, United States Code, Section 5801, and without having registered as required by Title 26, United States Code, Section 5802, engaged in business as a manufacturer and importer of, and dealing in, firearms, all in violation of Title 26, United States Code, Section 5861(a).

///

///

COUNTS FOUR THROUGH FIFTEEN:  [26 U.S.C. § 5861(d) – Possession of an Unregistered Firearm]

The Grand Jury further charges: T H A T

JOSHUA MARKANSON,

defendant herein, on or about December 7, 2017, in Sacramento County, State and Eastern District of California, and elsewhere, did knowingly possess a firearm, as defined in Title 26, United States Code, Section 5845(a), which was not registered to him in the National Firearms Registration and Transfer Record, as detailed more fully below:

| COUNT | FIREARM | SERIAL NUMBER | ATF ITEM # |
|---|---|---|---|
| 4 | AR-15-style short-barrel rifle | No Serial # | 128 |
| 5 | Silencer, Attached to Item #128 | No Serial # | 129 |
| 6 | AR-15-style short-barrel rifle | No Serial # | 130 |
| 7 | Silencer, Attached to Item #130 | No Serial # | 131 |
| 8 | AR-15-style short-barrel rifle | No Serial # | 132 |
| 9 | Silencer, Attached to Item #132 | No Serial # | 133 |
| 10 | AR-15-style short-barrel rifle | No Serial # | 134 |
| 11 | Silencer, Attached to Item #134 | No Serial # | 135 |
| 12 | AR-15-style short-barrel rifle | No Serial # | 136 |
| 13 | Silencer, Attached to Item #136 | No Serial # | 137 |
| 14 | AR-15-style short-barrel rifle | No Serial # | 138 |
| 15 | Silencer | No Serial # | 140 |

All in violation of Title 26, United States Code, Section 5861(d).

COUNTS SIXTEEN THROUGH TWENTY-SEVEN:  [26 U.S.C. § 5861(i) – Possession of an Unserialized Firearm]

The Grand Jury further charges: T H A T

JOSHUA MARKANSON,

INDICTMENT                                4

defendant herein, on or about December 7, 2017, in Sacramento County, State and Eastern District of California, and elsewhere, did knowingly possess a firearm which was not identified by a serial number, as required by Chapter 53 of Title 26 of the United States Code, as detailed more fully below:

| COUNT | FIREARM | SERIAL NUMBER | ATF ITEM # |
|---|---|---|---|
| 16 | AR-15-style short-barrel rifle | No Serial # | 128 |
| 17 | Silencer, Attached to Item #128 | No Serial # | 129 |
| 18 | AR-15-style short-barrel rifle | No Serial # | 130 |
| 19 | Silencer, Attached to Item #130 | No Serial # | 131 |
| 20 | AR-15-style short-barrel rifle | No Serial # | 132 |
| 21 | Silencer, Attached to Item #132 | No Serial # | 133 |
| 22 | AR-15-style short-barrel rifle | No Serial # | 134 |
| 23 | Silencer, Attached to Item #134 | No Serial # | 135 |
| 24 | AR-15-style short-barrel rifle | No Serial # | 136 |
| 25 | Silencer, Attached to Item #136 | No Serial # | 137 |
| 26 | AR-15-style short-barrel rifle | No Serial # | 138 |
| 27 | Silencer | No Serial # | 140 |

All in violation of Title 26, United States Code, Section 5861(i).

FORFEITURE ALLEGATION:  [18 U.S.C. § 924(d)(1); 26 U.S.C. § 5872; 28 U.S.C. § 2461(c); and 49 U.S.C. § 80303 – Criminal Forfeiture]

1. Upon conviction of one or more of the offenses alleged in Counts One and Two of this Second Superseding Indictment, defendant JOSHUA MARKANSON shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in or used in the knowing commission of the offense.

2. Upon conviction of one or more of the offense alleged in Counts Three through Twenty-Seven, of this Second Superseding Indictment, defendant JOSHUA MARKANSON shall forfeit to the United States pursuant to Title 26, United States Code, Section 5872, Title 28, United States Code, Section 2461(c), and Title 49, United States Code, Section 80303:

        a.        any firearms involved in the commission of the offenses;

        b.        any property used, or intended to be used in the commission of the offenses;

        c.        any aircraft, vehicle, or vessel involved in the commission of the offenses.

3. If any property subject to forfeiture, as a result of the offenses alleged in Counts One through Twenty-Seven of this Second Superseding Indictment, for which defendant is convicted:

        a.        cannot be located upon the exercise of due diligence;

        b.        has been transferred or sold to, or deposited with, a third party;

        c.        has been placed beyond the jurisdiction of the Court;

        d.        has been substantially diminished in value; or

        e.        has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of defendant, up to the value of the property subject to forfeiture.

        A TRUE BILL.

        /s/ Signature on file w/AUSA
        FOREPERSON

PHILLIP A. TALBERT
United States Attorney

*No.* **2:18-CR-00024-TLN**

## UNITED STATES DISTRICT COURT

*Eastern District of California*

*Criminal Division*

THE UNITED STATES OF AMERICA
*vs.*

JOSHUA MARKANSON

S E C O N D   S U P E R S E D I N G   I N D I C T M E N T

**VIOLATION(S):** 18 U.S.C. §§ 371, 922(a)(1)(A) – Conspiracy to Unlawfully Manufacture and Deal Firearms; 18 U.S.C. § 922(a)(1)(A) – Unlawful Manufacturing and Dealing in Firearms; 26 U.S.C. § 5861(a) – Engaging in Business as a Manufacturer and Dealer in Firearms without Registration and Paying Tax; 26 U.S.C. § 5861(d) – Possession of an Unregistered Firearm (12 counts); 26 U.S.C. § 5861(i) – Possession of an Unserialized Firearm (12 counts); 18 U.S.C. § 924(d)(1); 26 U.S.C. § 5872; 28 U.S.C. § 2461(c); and 49 U.S.C. § 80303 – Criminal Forfeiture

*A true bill,*

**/s/ Signature on file w/AUSA**
_____
*Foreman.*

*Filed in open court this* __3rd_____ *day*

*of* __November_____, *A.D.* 20 __22__

/s/ Alexandra Waldrop
_____
*Clerk.*

*Bail, $* __**NO PROCESS NECESSARY**__

_Kendall J. Newman_____
**Kendall J. Newman, United States Magistrate Judge**

GPO 863 525

## United States v. Joshua Markanson
### Penalties for Second Superseding Indictment

**COUNT 1:**

VIOLATION: 18 U.S.C. §§ 371, 922(a)(1)(A) – Conspiracy to Unlawfully Manufacture and Deal Firearms

PENALTIES: Imprisonment of up to 5 years; or
Fine of up to $250,000; or both fine and imprisonment
Supervised release of up to 3 years

SPECIAL ASSESSMENT: $100 (mandatory)

**COUNT 2:**

VIOLATION: 18 U.S.C. § 922(a)(1)(A) – Unlawful Dealing and Manufacturing Firearms

PENALTIES: Imprisonment of up to 5 years; or
Fine of up to $250,000; or both fine and imprisonment
Supervised release of up to 3 years

SPECIAL ASSESSMENT: $100 (mandatory)

**COUNT 3:**

VIOLATION: 26 U.S.C. § 5861(a) – Engaging in the Business of Manufacturing and Dealing in Firearms with Registered or Paying Tax

PENALTIES: Maximum of 10 years in prison,
Fine of up to $250,000; or both fine and imprisonment
Up to a three-year term of supervised release

SPECIAL ASSESSMENT: $100 (mandatory on each count)

**COUNT 4 - 15:**

VIOLATION: 26 U.S.C. § 5861(d) - Possession of an unregistered firearm

PENALTIES: Maximum of 10 years in prison,
Fine of up to $250,000; or both fine and imprisonment
Up to a three-year term of supervised release

SPECIAL ASSESSMENT: $100 (mandatory on each count)

**COUNT 16 - 27:**

VIOLATION:        26 U.S.C. § 5861(i) - Possession of an unserialized firearm

PENALTIES:        Maximum of 10 years in prison,
                  Fine of up to $250,000; or both fine and imprisonment
                  Up to a three-year term of supervised release

SPECIAL ASSESSMENT: $100 (mandatory on each count)

**FORFEITURE ALLEGATION:**

VIOLATION:        18 U.S.C. § 924(d)(1); 26 U.S.C. § 5872; 28 U.S.C. § 2461(c); and 49 U.S.C. § 80303 – Criminal Forfeiture

PENALTIES:        As stated in the charging document