Etan Zaitsu [SBN 287106]
Attorney-at-Law

Zaitsu Law
331 "J" Street, Suite 200
Sacramento, CA  95814
W: 916.542.0270
etan@zaitsulaw.com

Attorney for Defendant
JOSHUA MARKANSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                          Plaintiff,<br><br>     v.<br><br>JOSHUA MARKANSON,<br><br>                          Defendant. | Case No.: 2:18-CR-00024-TLN<br><br>**ORDER** |

**ORDER**

   Pursuant to Local Rule 141 and the representations contained in Defendant Joshua Markanson's ("Defendant") Request to Seal, the Court finds that sealing Defendant's documents serves a compelling interest.  Therefore, IT IS HEREBY ORDERED that Defendant's "Ex Parte Application for Appointment of a Contract Associate Attorney" shall be SEALED until further order of this Court.

DATED:  January 30, 2024

_____
Troy L. Nunley
United States District Judge

1

**ORDER**