Etan Zaitsu [SBN 287106]
Attorney at Law

Zaitsu Law
331 J Street, Suite 200
Sacramento, CA  95814
916.542.0270

Attorney for Defendant
JOSHUA MARKANSON

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>JOSHUA MARKANSON,<br>　　　　　　　　　Defendants. | Case No.: 2:18-CR-00024 TLN<br><br>**ORDER** |

**ORDER**

Based upon the representations in Defendant's "Ex Parte Application for Appointment of Contract Associate Attorney," and good cause showing, the Court hereby appoints Lexi Negin as a Contract Associate Attorney to assist in Defendant Joshua Markanson's defense.

Date:  January 30, 2024

_____
Troy L. Nunley
United States District Judge

1

**ORDER**