## FACTUAL BASIS FOR OPEN PLEA

If this matter proceeded to trial, the United States would establish the following facts beyond a reasonable doubt:

Beginning on November 13, 2017, and lasting through December 14, 2017, the defendant, along with codefendant Donte Robins, an unindicted conspirator, and others willfully engaged and conspired to engage in the business of manufacturing and selling six (6) unserialized firearm silencers, six (6) unserialized short-barreled rifles, and at least thirty-three (33) other firearms. At all times Markanson knew 1) he was not licensed to sell firearms; 2) he was not registered as required by 26 U.S.C. § 5802, 3) he did not pay taxes as required under 26 U.S.C. § 5801, and 4) that none of the short-barreled rifles or silencers were registered in the National Firearms Registration and Transfer Record.

To further the conspiracy to help accomplish its purpose, the coconspirators committed the following overt acts in the Eastern District of California:

On November 13, 2017, Robins, sold two Glock-style firearms to a Special Agent employed by the Bureau of Alcohol, Tobacco, Firearms and Explosive ("ATF") who was acting in an undercover capacity.

On November 17, 2017, Robins sold nine firearms, one ballistic vest, and one commercially-manufactured pistol to the undercover ATF Special Agent in exchange for $13,000 in cash.

On November 20, 2017, Robins sold three Glock-style firearms to the undercover ATF Special Agent.

On November 27, 2017, Robins sold twelve firearms to a confidential informant working for ATF.

On December 7, 2017, Robins sold six short-barreled rifles, six silencers, and seven other firearms to the undercover ATF Special Agent.

On December 7, 2017, the undercover ATF Special Agent arranged to purchase twenty-five short-barreled rifles from Robins.

Between December 7, 2017, and December 14, 2017, an unindicted coconspirator

**Open Plea and Factual Basis**

began assembling twenty short-barreled rifles.

Each firearm, including the short-barreled rifles and the silencers were manufactured by an unindicted coconspirator. Markanson arranged to buy, or provided from prior purchases, all parts that were used to assemble and manufacture the firearms that were sold by Robins during each transaction to the undercover agent. Markanson knew that each of the transactions described above was illegal at the time of the transactions.

Dated: 2/8/24

JOSHUA MARKANSON
Defendant

6

**Open Plea and Factual Basis**