1  Etan Zaitsu [SBN 287106]
2  Attorney at Law

3  *Zaitsu Law*
   331 J Street, Suite 200
4  Sacramento, CA  95814
   916.542.0270
5

6  Attorney for Defendant
   JOSHUA MARKANSON
7

8

         **IN THE UNITED STATES DISTRICT COURT**
9
         **FOR THE EASTERN DISTRICT OF CALIFORNIA**
10

11

12  UNITED STATES OF AMERICA,                    Case No.: 2:18-CR-00024 TLN

                          Plaintiff,             **STIPULATION AND ORDER TO**
13                                               **CONTINUE SENTENCING AND**
        v.                                       **FILING DUE DATES**
14
    JOSHUA MARKANSON,                            SENTENCE DATE: May 2, 2024
15                                               TIME:  9:30 a.m.
                          Defendant.             COURT: Hon. Troy L. Nunley
16

17

18

19

20          Defendant, Joshua Markanson, through his counsel of record, and Plaintiff, the United

21  States of America, through its counsel of record, agree and hereby stipulate to continue Mr.

22  Markanson's sentencing and related filing deadlines under the schedule detailed below, for the

23  reasons that follow:

24      1.  On February 8, 2024, Markanson entered an open guilty plea to the government's

25          27-count Second Superseding Indictment for his role in a firearm trafficking and

26          manufacturing conspiracy.  At that time, the Court set the following sentencing

27          schedule:

28                      Sentencing Date:          05/02/2024

                        Reply:                    04/25/2024

                                         1
STIPULATION AND [PROPOSED] ORDER TO CONTINUE SENTENCING

Formal Objections:    04/18/2024

Final PSR:    04/11/2024

Informal Objections:    04/04/2024

Draft PSR:    03/21/2024

2. Since then, defense counsel represents that in preparation for sentencing, he has conducted a number of interviews, collected records, and discussed sentencing issues, procedure and law with Mr. Markanson. At least one witness interview is outstanding, and additional records are being sought.

3. On March 18, 2024, Probation and defense counsel discussed the status of Mr. Markanson's probation interview for the first time. It was agreed that because the Draft Presentence Report was ready to be filed and defense counsel was overseas and unavailable for an interview until after April 1, the Draft PSR would initially be filed without a statement from Mr. Markanson but could be supplemented thereafter upon stipulation and order.

4. On March 21, 2024, Probation filed its Draft PSR.

5. The parties are in agreement that continuing the sentencing date to June 20th, along with a continuance of the filing deadlines consistent with that date is appropriate.

6. Specifically, defense counsel seeks additional time to collect additional records, conduct interviews, and schedule a Probation interview.

7. Probation has been notified of this request.

8. For these reasons, the parties stipulate and request the Court adopt the following sentencing schedule:

Sentencing Date:    06/20/2024, at 9:30 AM

Reply:    06/13/2024

Formal Objections:    06/6/2024

Final PSR:    05/30/2024

Informal Objections:    05/23/2024

(Amended) Draft PSR:    05/09/2024

2

STIPULATION AND ORDER TO CONTINUE SENTENCING

SO STIPULATED.

Respectfully submitted,

Dated:  April 10, 2024          */s/ Etan Zaitsu*
                               ETAN ZAITSU
                               Attorney for Defendant
                               JOSHUA MARKANSON


Dated:  April 10, 2024          */s/ Justin Lee*
                               JUSTIN LEE
                               Assistant United States Attorney
                               Attorney for Plaintiff United States


### ORDER

The Court, having received and considered the parties' stipulation, and good cause appearing therefore, adopts the parties' stipulation in its entirety as its order.

Dated:  April 11, 2024

_____
Troy L. Nunley
United States District Judge

STIPULATION AND ORDER TO CONTINUE SENTENCING