Etan Zaitsu [SBN 287106]
Attorney at Law

*Zaitsu Law*
331 J Street, Suite 200
Sacramento, CA 95814
916.542.0270

Attorney for Defendant
JOSHUA MARKANSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>   v.<br><br>JOSHUA MARKANSON,<br>                Defendant. | Case No.: 2:18-CR-00024 TLN<br><br>**STIPULATION AND ORDER TO CONTINUE SENTENCING AND FILING DUE DATES**<br><br>SENTENCE DATE: June 20, 2024<br>TIME: 9:30 a.m.<br>COURT: Hon. Troy L. Nunley |

     For the reasons that follow, defendant Joshua Markanson, through his counsel of record, and Plaintiff, the United States of America, through its counsel of record, stipulate to continuing defendant's sentencing hearing to July 11, 2024, and request the Court adopt the following filing schedule.

| | |
|---|---|
| Sentencing Date: | 07/11/2024 |
| Reply: | 07/04/2024 |
| Formal Objections: | 06/27/2024 |
| Final PSR: | 06/20/2024 |
| Informal Objections: | 06/13/2024 |
| Amended Draft PSR: | 06/06/2024 |

1

STIPULATION AND ORDER TO CONTINUE SENTENCING

1. By prior order of the Court and stipulation by the parties, sentencing is currently set on June 20, 2024, with the Amended Draft PSR due May 9, 2024. Dkt. 302.
2. Prior to May 9th, the parties discussed defense counsel's request for additional time to conduct follow-up-investigations and to collect additional records. Based upon defense counsel's representations, the parties agreed to file this stipulated request for a new sentencing schedule.
3. Counsel for the defendant represents that he has been diligent in his sentencing mitigation and advocacy efforts on behalf of Mr. Markanson. To date, counsel has submitted defendant's answers to Probation's 20-page questionnaire ("Worksheet for Presentence Report"), defendant's acceptance statement, and a summary report of defense investigator's interview with the unindicted coconspirator.
4. Additional time, however, is requested by the defense to complete a number of investigative tasks including hiring and coordinating with a mitigation specialist, travel to Victorville where the defendant lives to conduct additional interviews with the family, friends, and colleagues, and to collect local records.
5. Probation has been notified of this request and is not opposed.
6. For these reasons, the parties stipulate and request that the Court adopt the sentencing schedule as proposed herein.

SO STIPULATED.

Respectfully submitted,

Dated: May 20, 2024        /s/ Etan Zaitsu
                           ETAN ZAITSU
                           Attorney for Defendant
                           JOSHUA MARKANSON

Dated: May 20, 2024        /s/ Justin Lee
                           JUSTIN LEE
                           Assistant United States Attorney
                           Attorney for Plaintiff United States

2

STIPULATION AND ORDER TO CONTINUE SENTENCING

## **ORDER**

The Court, having received and considered the parties' stipulation, and good cause appearing therefore, adopts the parties' stipulation in its entirety as its order.

Dated:  May 21, 2024

_____
Troy L. Nunley
United States District Judge

STIPULATION AND ORDER TO CONTINUE SENTENCING