Etan Zaitsu [SBN 287106]
Attorney at Law

*Zaitsu Law*
331 J Street, Suite 200
Sacramento, CA  95814
916.542.0270

Attorney for Defendant
JOSHUA MARKANSON

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     v.<br><br>JOSHUA MARKANSON,<br><br>            Defendant. | Case No.: 2:18-CR-00024 TLN<br><br>**STIPULATION AND ORDER TO CONTINUE SENTENCING AND FILING DUE DATES**<br><br>SENTENCE DATE: July 11, 2024<br>TIME:  9:30 a.m.<br>COURT: Hon. Troy L. Nunley |

    For the reasons that follow, defendant Joshua Markanson, through his counsel of record, and Plaintiff, the United States of America, through its counsel of record, stipulate to continuing defendant's sentencing hearing to September 26, 2024, at 9:30 am, with Formal Objections Due September 12, 2024.

1. By prior order of the Court and stipulation by the parties, sentencing is currently set on July 11, 2024.
2. Several miscommunications between the parties and Probation led to a late filing of Informal Objections and the Final PSR. Furthermore, neither party has filed Formal Objections or a Sentencing Memo in this case.

1

STIPULATION AND ORDER TO CONTINUE SENTENCING

3. Due to the impacted schedule of the parties, and the limited calendar days the Court is available, the parties request a continuance of the sentencing hearing to September 26, 2024, with Formal Objections due September 12, 2024.

SO STIPULATED.

Respectfully submitted,

Dated: July 10, 2024  /s/ Etan Zaitsu
ETAN ZAITSU
Attorney for Defendant
JOSHUA MARKANSON

Dated: July 10, 2024  /s/ Justin Lee
JUSTIN LEE
Assistant United States Attorney
Attorney for Plaintiff United States

ORDER

The Court, having received and considered the parties' stipulation, and good cause appearing therefore, adopts the parties' stipulation in its entirety as its order.

Dated: July 10, 2024

_____
Troy L. Nunley
United States District Judge

2
STIPULATION AND ORDER TO CONTINUE SENTENCING