Etan Zaitsu [SBN 287106]
Attorney at Law

*Zaitsu Law*
331 J Street, Suite 200
Sacramento, CA  95814
916.542.0270

Attorney for Defendant
JOSHUA MARKANSON

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>    v.<br><br>JOSHUA MARKANSON,<br>           Defendant. | Case No.: 2:18-CR-00024 TLN<br><br>**STIPULATION AND ORDER TO CONTINUE SENTENCING AND FILING DUE DATES**<br><br>SENTENCE DATE: September 26, 2024<br>TIME:  9:30 a.m.<br>COURT: Hon. Troy L. Nunley |

Defendant, Joshua Markanson, through his counsel of record, and Plaintiff, the United States of America, through its counsel of record, agree and hereby stipulate to continue Mr. Markanson's sentencing and related filing deadlines under the schedule detailed below, Counsel for the defendant is requesting additional time to prepare his filings due to the loss of his expert, mitigation specialist Lisa Gara. The parties agree and now request a continuance of the sentencing date to October 24, 2024, at 9:30am, with formal objections due October 10, 2024, and any responses or sentencing memos due October 17, 2024.

SO STIPULATED.

1

STIPULATION AND ORDER TO CONTINUE SENTENCING

Respectfully submitted,

Dated: September 18, 2024 /s/ Etan Zaitsu
ETAN ZAITSU
Attorney for the Defendant
JOSHUA MARKANSON

Dated: September 18, 2024 /s/ Justin Lee
JUSTIN LEE
Assistant United States Attorney
Attorney for Plaintiff United States

## ORDER

The Court, having received and considered the parties' stipulation, and good cause appearing therefore, adopts the parties' stipulation in its entirety as its order.

Date: September 20, 2024

_____
Troy L. Nunley
United States District Judge