1  TIMOTHY ZINDEL, #158377
   P.O. Box 188976
2  Sacramento, CA  95818
   Tel: (916) 704-2665
3  timzindel@gmail.com

4

5  Attorney for Defendant
   JOSHUA MARKANSON
6

7

8            IN THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          )  Case No. 2:18-CR-0024-TLN
                                       )
12       Plaintiff,                    )
                                       )
13          vs.                        )  **STIPULATION AND ORDER**
                                       )  **CONTINUING STATUS CONFERENCE**
                                       )  **RE SENTENCING**
14  JOSHUA MARKANSON,                  )
                                       )
15       Defendant.                    )  Judge:  Hon. Troy L. Nunley
                                       )  Date:   November 14, 2024
16                                     )  Time:   9:30 a.m.
    _____)
17

18

19       Plaintiff, United States of America, and defendant, Joshua Markanson, hereby stipulate

20  that the status conference scheduled for November 14, 2024, may be continued to December 12,

21  2024, at 9:30 a.m.

22       New counsel was appointed for Mr. Markanson within the past two weeks.  He needs

23  time to review the docket, the pleadings, discovery, and other materials, and to meet and confer

24  with Mr. Markanson and to determine what action is appropriate.  The government has no

25  objection to this continuance.

26  / / / / /

27  / / / / /

28

-1-

1       The case is currently pending sentencing, so the parties agree that there is no need at this

2 juncture for an order excluding time.

4                              Respectfully Submitted,

6 Dated:  November 9, 2024          */s/ Tim Zindel*

7                             TIMOTHY ZINDEL
                                Attorney for JOSHUA MARKANSON

9                             PHILLIP A. TALBERT
                             United States Attorney

11 Dated:  November 9, 2024          */s/ T. Zindel for J. Lee*

12                             JUSTIN LEE
                             Assistant U.S. Attorney

14                          **O R D E R**

15       The status conference regarding sentencing is continued to December 12, 2024, at 9:30

16 a.m., by agreement of the parties and for the reasons stated above.

17       IT IS SO ORDERED.

19 Dated:  November 12, 2024

                                 Troy L. Nunley
                                 Chief United States District Judge