TIMOTHY ZINDEL, #158377
P.O. Box 188976
Sacramento, CA  95818
Tel: (916) 704-2665
timzindel@gmail.com

Attorney for Defendant
JOSHUA MARKANSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOSHUA MARKANSON,<br><br>Defendant. | Case No. 2:18-CR-0024-TLN<br><br>**ORDER SEALING TRANSCRIPT**<br><br>Judge:   Hon. Troy L. Nunley |

The transcript of the *in camera* hearing held on October 24, 2024, between the Court, prior defense counsel, and Mr. Markanson, shall be sealed pending further order of the Court.

In addition, the transcript shall be submitted to defense counsel *ex parte*. It shall not be filed on the public record or disclosed to counsel for the government absent further order of the Court.

IT IS SO ORDERED.

Dated:  March 18, 2025

_____
Troy L. Nunley
Chief United States District Judge