TIMOTHY ZINDEL, #158377
P.O. Box 188976
Sacramento, CA  95818
Tel: (916) 704-2665
timzindel@gmail.com

Attorney for Defendant
JOSHUA MARKANSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  vs.<br><br>JOSHUA MARKANSON,<br><br>  Defendant. | Case No. 2:18-CR-0024-TLN<br><br>**STIPULATION AND ORDER CONTINUING STATUS CONFERENCE RE SENTENCING**<br><br>Judge:  Hon. Troy L. Nunley<br>Date:   April 10, 2025<br>Time:   9:30 a.m. |

   Plaintiff, United States of America, and defendant, Joshua Markanson, hereby stipulate that the hearing on defendant's motion to withdraw his guilty pleas, scheduled for April 10, 2025, may be continued to April 24, 2025, at 9:30 a.m.  The parties also agree to extend the deadline for Mr. Markanson's reply brief to April 17, 2025.

/ / / / /

/ / / / /

/ / / / /

/ / / / /

/ / / / /

This continuance is needed because defense counsel is unavailable on April 10 due to business out of state.

Respectfully Submitted,

Dated: March 27, 2025     /s/ Tim Zindel
TIMOTHY ZINDEL
Attorney for JOSHUA MARKANSON


MICHELE BECKWTIH
Acting United States Attorney


Dated: March 27, 2025     /s/ T. Zindel for J. Lee
JUSTIN LEE
Assistant U.S. Attorney


**O R D E R**

The above schedule is adopted.

IT IS SO ORDERED.

Dated: March 28, 2025     _____
Troy L. Nunley
Chief United States District Judge