TIMOTHY ZINDEL, #158377
P.O. Box 188976
Sacramento, CA  95818
Tel: (916) 704-2665
timzindel@gmail.com

Attorney for Defendant
JOSHUA MARKANSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  vs.<br><br>JOSHUA MARKANSON,<br><br>  Defendant. | Case No. 2:18-CR-0024-TLN<br><br>**ORDER UNSEALING TRANSCRIPT**<br><br>Judge:   Hon. Troy L. Nunley |

The Court hereby grants defendant's motion to unseal the transcript of the *in camera* hearing re status of counsel held October 24, 2024.

IT SO ORDERED.

Dated:  April 22, 2025

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE

-1-