TIMOTHY ZINDEL, #158377
P.O. Box 188976
Sacramento, CA  95818
Tel: (916) 704-2665
timzindel@gmail.com

Attorney for Defendant
JOSHUA MARKANSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　Plaintiff,<br><br>　　vs.<br><br>JOSHUA MARKANSON,<br><br>　　Defendant. | Case No. 2:18-CR-0024-TLN<br><br>**STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME**<br><br>Judge:　Hon. Troy L. Nunley<br>Date:　August 21, 2025<br>Time:　9:30 a.m. |

　　Plaintiff, United States of America, and defendant, Joshua Markanson, hereby stipulate that the status conference scheduled for August 21, 2025, may be continued to October 30, 2025, at 9:30 a.m.

　　The government has provided extensive discovery, including audio and video evidence, but defense counsel, whose role was previously limited to moving to withdraw pleas, has yet to complete his review of discovery or to discuss it in detail with Mr. Markanson.  Defense counsel has been unavailable for several weeks due to hip-replacement surgery.  The parties therefore agree, and request, that the Court should exclude time under the Speedy Trial Act from the date of this order through October 30, 2025, pursuant to 18 U.S.C. section 3161(h)(7)(A) and (B)(iv)

(Local Code T4).  The parties agree that the period of delay results from a continuance granted at the request of the defense and that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

                                                 Respectfully Submitted,

Dated:  August 18, 2025                  */s/ Tim Zindel*
                                                 TIMOTHY ZINDEL
                                                 Attorney for JOSHUA MARKANSON

                                                 ERIC GRANT
                                                 United States Attorney

Dated:  August 18, 2025                  */s/ T. Zindel for J. Lee*
                                                 JUSTIN LEE
                                                 Assistant U.S. Attorney

# O R D E R

     The status conference is continued to October 30, 2025, at 9:30 a.m.  Time is excluded for the reasons set forth above, the Court finding that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial.

     IT IS SO ORDERED.

Dated:  August 18, 2025                  _____
                                               Troy L. Nunley
                                               Chief United States District Judge