TIMOTHY ZINDEL, #158377
P.O. Box 188976
Sacramento, CA  95818
Tel: (916) 704-2665
timzindel@gmail.com


Attorney for Defendant
JOSHUA MARKANSON


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> JOSHUA MARKANSON, <br><br> Defendant. | Case No. 2:18-CR-0024-TLN <br><br> **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME** <br><br> Judge:  Hon. Troy L. Nunley <br> Date:   October 23, 2025 <br> Time:   9:30 a.m. |

      Plaintiff, United States of America, and defendant, Joshua Markanson, hereby stipulate that the status conference scheduled for October 23, 2025, may be continued to November 20, 2025, at 9:30 a.m.

      The government has provided extensive discovery, including audio and video evidence, but defense counsel, whose role was previously limited to moving to withdraw pleas, has yet to complete his review of discovery or to discuss it in detail with Mr. Markanson.  Defense counsel has also been unavailable due, first, to hip-replacement surgery and, more recently, due to exhaustion of CJA funds and failure to pay CJA-appointed counsel.  The parties therefore agree, and request, that the Court should exclude time under the Speedy Trial Act from the date of this

order through November 20, 2025, pursuant to 18 U.S.C. section 3161(h)(7)(A) and (B)(iv) (Local Code T4).  The parties agree that the period of delay results from a continuance granted at the request of the defense and that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

                Respectfully Submitted,

Dated:  October 17, 2025    /s/ Tim Zindel
                TIMOTHY ZINDEL
                Attorney for JOSHUA MARKANSON


                ERIC GRANT
                United States Attorney

Dated:  October 17, 2025    /s/ T. Zindel for J. Lee
                JUSTIN LEE
                Assistant U.S. Attorney

**O R D E R**

The status conference is continued to November 20, 2025, at 9:30 a.m.  Time is excluded for the reasons set forth above, the Court finding that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated:  October 17, 2025    _____
                Troy L. Nunley
                Chief United States District Judge