TIMOTHY ZINDEL, #158377
P.O. Box 188976
Sacramento, CA  95818
Tel: (916) 704-2665
timzindel@gmail.com

Attorney for Defendant
JOSHUA MARKANSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  vs.<br><br>JOSHUA MARKANSON,<br><br>  Defendant. | Case No. 2:18-CR-0024-TLN<br><br>**STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME**<br><br>Judge:  Hon. Troy L. Nunley<br>Date:   November 20, 2025<br>Time:   9:30 a.m. |

  Plaintiff, United States of America, and defendant, Joshua Markanson, hereby stipulate that the status conference scheduled for November 20, 2025, may be continued to January 15, 2026, at 9:30 a.m.

  The government has provided extensive discovery, including audio and video evidence, but defense counsel, whose role was previously limited to moving to withdraw pleas, has yet to complete his review of discovery or to discuss it in detail with Mr. Markanson.  Defense counsel has also been unavailable due, first, to hip-replacement surgery and, more recently, due to exhaustion of CJA funds and failure to pay CJA-appointed counsel.  Both delays have now resolved and counsel has begun his discovery review.  The parties therefore agree, and request,

that the Court should exclude time under the Speedy Trial Act from the date of this order through January 15, 2026, pursuant to 18 U.S.C. section 3161(h)(7)(A) and (B)(iv) (Local Code T4). The parties agree that the period of delay results from a continuance granted at the request of the defense and that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

                                        Respectfully Submitted,

Dated:  November 17, 2025             */s/ Tim Zindel*
                                                     TIMOTHY ZINDEL
                                                     Attorney for JOSHUA MARKANSON

                                                     ERIC GRANT
                                                   United States Attorney

Dated:  November 17, 2025             */s/ T. Zindel for J. Lee*
                                                      JUSTIN LEE
                                                     Assistant U.S. Attorney

## O R D E R

The status conference is continued to January 15, 2026, at 9:30 a.m.  Time is excluded for the reasons set forth above, the Court finding that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated:  November 17, 2025

                                                   Troy L. Nunley
                                                   Chief United States District Judge