TIMOTHY ZINDEL, #158377
P.O. Box 188976
Sacramento, CA  95818
Tel: (916) 704-2665
timzindel@gmail.com


Attorney for Defendant
JOSHUA MARKANSON


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. 2:18-CR-0024-TLN |
| Plaintiff, | ) |
| vs. | ) **STIPULATION AND ORDER**<br>) **CONTINUING STATUS CONFERENCE**<br>) **AND EXCLUDING TIME** |
| JOSHUA MARKANSON, | ) |
| Defendant. | ) Judge:   Hon. Troy L. Nunley<br>) Date:    November 20, 2025<br>) Time:    9:30 a.m. |

Plaintiff, United States of America, and defendant, Joshua Markanson, hereby stipulate that the status conference scheduled for January 15, 2026, may be continued to March 26, 2026, at 9:30 a.m.

The government has provided extensive discovery, including audio and video evidence. Defense counsel, whose role was previously limited to moving to withdraw pleas, continues to review discovery and seeks additional time to review it in detail with Mr. Markanson and to do legal research.  The parties therefore agree, and request, that the Court should exclude time under the Speedy Trial Act from the date of this order through March 26, 2026, pursuant to 18 U.S.C. section 3161(h)(7)(A) and (B)(iv) (Local Code T4).  The parties agree that the period of delay

-1-

results from a continuance granted at the request of the defense and that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

Respectfully Submitted,

Dated:  January 12, 2026

*/s/ Tim Zindel*
TIMOTHY ZINDEL
Attorney for JOSHUA MARKANSON

ERIC GRANT
United States Attorney

Dated:  January 12, 2026

*/s/ T. Zindel for J. Lee*
JUSTIN LEE
Assistant U.S. Attorney

**O R D E R**

The status conference is continued to March 26, 2026, at 9:30 a.m.  Time is excluded for the reasons set forth above, the Court finding that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated:  January 12, 2026

_____
Troy L. Nunley
Chief United States District Judge